## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE  DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                           **CASE NO.  1:08-MJ-33-AK**

**ALBERTO TRAVIESA,**

      **Defendant.**

                                    **/**

## ORDER OF DETENTION PENDING RESOLUTION OF STATE CHARGES

The Court intended for Defendant to be released upon the posting of bond. However, after the hearing, the Court learned that the related state court charges remain pending, and therefore, until their resolution, this Court's order of conditional release must remain in limbo.

Accordingly, it is **ORDERED**:

**That the United States Marshal shall keep Defendant in custody until notified by the clerk or judicial officer that Defendant has posted bond and complied with all other conditions for release and that the State charges presently pending against him have been resolved.  The defendant shall be produced before the appropriate judicial office at the time and place specified, if still in custody.**

**Date September    22nd       , 2008    *s/ A. KORNBLUM***

                                       **ALLAN KORNBLUM**

                                       **UNITED STATES MAGISTRATE JUDGE**